IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-30477
Summary Calendar
_____


TOMMY C. LACY,

                                        Plaintiff-Appellant,

                        versus

BURL CAIN, Warden, Louisiana
State Penitentiary; RICHARD P.
IEYOUB, Attorney General,
State of Louisiana,

                                        Respondents-Appellees.
_____

Appeal from the United States District Court for the
Eastern District of Louisiana
USDC No. 95-CV-3035-C
_____
November 19, 1997
Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Tommy C. Lacy (#123105) appeals the denial of his petition for
a writ of habeas corpus.  Lacy contends that his attorney rendered
ineffective assistance in failing to investigate and to assert an
insanity defense at trial, and that the state habeas court violated
his right to due process in making a nunc pro tunc determination of
his sanity during the postconviction proceedings.  Lacy argues that

_____

     [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the district court erred in denying his petition without first holding an evidentiary hearing.  We have carefully reviewed the record and the briefs, and essentially for reasons adopted by the district court, see Lacy v. Cain, No. 95-3035 (E.D. La. Apr. 2, 1996) (unpublished), we AFFIRM the district court's judgment.

A F F I R M E D.